

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00362-CR

Jessica **MURILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4331W
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE
SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 5, 2025.

Lori I. Valenzuela, Justice